Submitted on record and briefs January 23, reversed and remanded
February 22, 1995

In the Matter of Susan Richards,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

SUSAN RICHARDS,
*Appellant.*

(9401-95132; CA A83057)

889 P2d 1369

Paul L. Breed filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Kristin N. Preston, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and Haselton and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *State v. May*, 131 Or App 570, 888 P2d 14 (1994); *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).